| AO 10<br>Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2006 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>LIMBAUGH, STEPHEN N | 2. Court or Organization<br><br>U.S. District Court-E.D.Mo. | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination, Date<br>☐ Initial ☒ Annual ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>Thomas F. Eagleton U.S. Cthous<br>111 S. Tenth Street, Rm. 3.125<br>St. Louis, MO. 63102 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust No. 1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 14 A 9:49 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| **LIMBAUGH, STEPHEN N** | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Montgomery Bank | Open Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Lands, Inc. | | None | K | W | | | | | |
| 2.  Coker Knob Tree Farm (1/3%) | | None | K | W | | | | | |
| 3.  Mo. Environmental Bonds | A | Interest | J | T | | | | | |
| 4.  Bank of America Savings Acct. | A | Interest | J | T | | | | | |
| 5.  AG Edwards Money Mkt. | C | Interest | K | T | | | | | |
| 6.  Montgomery Bank N/A | A | Interest | J | T | | | | | |
| 7.  Mo. Home Ownership Bonds | A | Interest | K | T | | | | | |
| 8.  TWENTY GRAND SYNDICATE: | | | | | | | | | |
| a. Commerce Bank | | None | | | Sell | 1/17 | K | | |
| b. Walgreens - | | None | | | Sell | 4/21 | K | | |
| c. Southwest Bank | | None | J | T | | | | | |
| d. Stifel Nicolas Money Mkt. | A | Int./Div. | J | T | | | | | |
| e. United Healthcare - | | None | | | Sell | 2/8 | K | | |
| f. United Healthcare - | | None | | | Sell | 4/17 | K | | |
| g. Cimarex Energy - | | None | | | Sell | 6/23 | J | | |
| h. Getty Images, Inc. - | | None | | | Sell | 4/21 | J | | |
| i. Genentech, Inc. | | None | | | Sell | 2/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N. | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| j. Qualcomm - █████ | A | Dividend | | | Sell | 7/13 | J | | |
| k. Qualcomm - █████ | | None | | | Buy | 4/21 | J | | |
| l. Qualcomm - █████ | | None | | | Sell | 7/13 | J | | |
| m. BHP Billiton █████ | A | Dividend | | | Sell | 5/19 | J | | |
| n. Corning, Inc. - █████ | A | Dividend | | | Sell | 5/22 | J | | |
| o. Microsoft Corp. █████ | A | Dividend | | | Sell | 5/19 | J | | |
| p. Motorola, Inc. | A | Dividend | J | T | | | | | |
| q. Gilead Sciences - █████ | | None | | | Buy | 4/18 | J | | |
| r. Gilead Sciences - █████ | | None | | | Sell | 4/26 | J | | |
| s. Home Depot - █████ | | None | | | Buy | 1/17 | J | | |
| t. Home Depot - █████ | | None | | | Sell | 4/18 | J | | |
| u. Apple Computer, Inc. - █████ | | None | | | Buy | 4/18 | J | | |
| v. Apple Computer, Inc. - █████ | | None | | | Sell | 7/12 | J | | |
| w. Starbucks █████ | | None | | | Buy | 5/16 | J | | |
| x. Starbucks - █████ | | None | | | Sell | 7/18 | J | | |
| y. Teva Pharmaceutical - █████ | A | Dividend | J | T | Buy | 2/21 | J | | |
| z. Teva Pharmaceutical - █████ | A | Dividend | | | Sell | 12/19 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| aa. Panera Bread Co - | A | Dividend | J | T | Buy | 6/20 | J | | |
| bb. Panera Bread Co. - | A | Dividend | | | Sell | 12/19 | J | | |
| cc. Hershey Co. - | A | Dividend | J | T | Buy | 5/16 | J | | |
| dd. Hershey Co. | A | Dividend | | | Sell | 12/19 | J | | |
| ee. Halliburton Co. - | | None | | | Buy | 8/16 | J | | |
| ff. Halliburton Co. - | | None | | | Sell | 12/19 | J | | |
| gg. Burlington Northern Santa Fe - | | None | | | Buy | 6/20 | J | | |
| hh. Burlington Northern Santa Fe - | | None | | | Sell | 12/19 | J | | |
| ii. E-trade Financial - | A | Dividend | J | T | Buy | 1/17 | J | | |
| jj. E-trade Financial | A | Dividend | | | Sell | 12/29 | J | | |
| kk. E-trade Financial - | A | Dividend | J | T | Buy | 5/16 | J | | |
| ll. E-trade Financial - | A | Dividend | | | Sell | 12/29 | J | | |
| mm. I-Shares MSCI - Japan | A | Dividend | J | T | Buy | 1/17 | J | | |
| nn. I-shares MSCI Japan - | A | Dividend | J | T | Buy | 7/18 | J | | |
| oo. I-shares MSCI - Japan | A | Dividend | J | T | Buy | 8/16 | J | | |
| pp. Eli Lilly & Co - | A | Dividend | J | T | Buy | 3/24 | J | | |
| qq. Burlington Northern Santa Fe - | | None | | | Buy | 7/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| rr. I-shares Emerging Market - ▓▓ | | None | | | Buy | 1/17 | J | | |
| ss. Boeing Co. - ▓▓ | A | Dividend | J | T | Buy | 3/24 | J | | |
| tt. Boeing Co. - ▓▓ | A | Dividend | J | T | Buy | 5/16 | J | | |
| uu. Pepsico ▓▓ | A | Dividend | J | T | Buy | 7/18 | J | | |
| vv. Pepsico - ▓▓ | A | Dividend | J | T | Buy | 8/16 | J | | |
| ww. Emerson Electric - ▓▓ | A | Dividend | J | T | Buy | 8/16 | J | | |
| xx. Emerson Electric - ▓▓ | | None | | | Buy | 12/19 | J | | |
| yy. Hansen Natural - ▓▓ | | None | | | Buy | 9/19 | J | | |
| zz. Sigma Aldrich Corp - ▓▓ | | None | | | Buy | 12/19 | J | | |
| aaa. Ebay, Inc. - ▓▓ | | None | | | Buy | 12/19 | J | | |
| FAREWELL INVESTMENT SYNDICATE | | | | | | | | | |
| a. Walgreens - ▓▓ | A | Dividend | | | Sell | 11/24 | J | | |
| b. Walgreens - ▓▓ | A | Dividend | J | T | | | | | |
| c. EMC | | None | | | Sell | 8/3 | J | | |
| d. Home Depot - ▓▓ | | None | | | Sell | 5/4 | J | | |
| e. Conoco Phillips - ▓▓ | A | Dividend | J | T | | | | | |
| f. Conoco Phillips - ▓▓ | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| g. Johnson & Johnson - ▆ | A | Dividend | J | T | | | | | |
| h. Johnson & Johnson - ▆ | A | Dividend | J | T | | | | | |
| i. Johnson & Johnson - ▆ | A | Dividend | J | T | Buy | 1/27 | J | | |
| j. L-3 Communication - ▆ | | None | J | T | | | | | |
| k. Schering Plough - ▆ | A | Dividend | J | T | | | | | |
| l. JC Penney Co - ▆ | A | Dividend | J | T | | | | | |
| m. JC Penney Co. - ▆ | A | Dividend | J | T | | | | | |
| n. Billiton Ltd. - ▆ | A | Dividend | J | T | | | | | |
| o. Billiton Ltd. - ▆ | A | Dividend | J | T | | | | | |
| p. Cimarex - ▆ | A | Dividend | J | T | | | | | |
| q. Corning, Inc. - ▆ | A | Dividend | J | T | | | | | |
| r. Corning, Inc. - ▆ | A | Dividend | J | T | Buy | 8/28 | J | | |
| s. Dendreon - ▆ | A | Dividend | J | T | Sell | 6/20 | J | | |
| t. Devon - ▆ | A | Dividend | J | T | | | | | |
| u. Devon - ▆ | A | Dividend | J | T | | | | | |
| v. Devon - ▆ | A | Dividend | J | T | | | | | |
| w. Devon - ▆ | A | Dividend | J | T | Buy | 7/31 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| x. Fording Canadian Trust - ██ | A | Dividend | J | T | | | | | |
| y. Harrah's Entertainment - ██ | A | Dividend | J | T | | | | | |
| z. Harrah's Entertainment - ██ | A | Dividend | J | T | | | | | |
| aa. Kerr-McGee - ██ | | None | | | Sell | 3/6 | J | | |
| bb. Kerr-McGee ██ | | None | | | Sell | 8/11 | J | | |
| cc. Lowes - ██ | A | Dividend | J | T | | | | | |
| dd. Chevron - ██ | A | Dividend | J | T | Buy | 1/27 | J | | |
| ee. Chevron - ██ | A | Dividend | J | T | Buy | 3/1 | J | | |
| ff. Illinois Tool Words - ██ | A | Dividend | J | T | Buy | 5/1 | J | | |
| gg. LCA Vision - ██ | | None | | | Buy | 4/3 | J | | |
| hh. LCA Vision - ██ | | None | | | Buy | 5/30 | J | | |
| ii. LCA Vision - ██ | | None | | | Buy | 7/31/ | J | | |
| gg. Peabody Energy - ██ | A | Dividend | J | T | Buy | 5/30 | J | | |
| hh. Peabody Energy - ██ | A | Dividend | J | T | Buy | 7/31 | J | | |
| ii. Smith Int'l - ██ | A | Dividend | J | T | Buy | 8/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Exhibit A:

VII. Investments and Trusts:

1, Lands, Inc., A Missouri Corporation located in Cape Girardeau, Missouri. The main asset of the company is a farm located in Bollinger County, Missouri.

2. Coker Knob Tree Farm consists of timberland located north of the northern boundary of the City of Cape Girardeau, Missouri.

3. Numbers 8a through 8aaa on Schedule VII, are investment club assets in which the reporting person has a 1/23rd interest. Numbers 9a through 9ii on Schedule VII, are also investment club assets in which the reporting person has a 1/32nd interest. The value of each security listed is the total value of the asset of which the undersigned has an interest. All of the assets listed in Schedule VII are owned by Trust No. 1.

| Name of Person Reporting | Date of Report |
|---|---|
| LIMBAUGH, STEPHEN N | 05/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  7 May 2001

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544